ACCEPTED
01-15-00816-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 1:13:09 PM
CHRISTOPHER PRINE
CLERK

01-15-00816-CV

_____

IN THE
COURT OF APPEALS
FOR THE
FIRST SUPREME JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 1:13:09 PM
CHRISTOPHER A. PRINE
Clerk

_____

THE LANDING COMMUNITY IMPROVEMENT ASSOCIATION, INC.,
Appellant

v.

PAUL T. YOUNG, Appellee

_____

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF FOR APPELLEE

To the Honorable Court of Appeals:

Paul T. Young, Appellee, move for an extension of time in which to file his brief, in accordance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, and in support of this motion shows:

I.

This is an appeal from a jury trial, challenging the evidence to support the jury's award of damages for the intentional infliction of emotional distress, the trial court's application of the law governing deed restrictions and the powers of homeowners' associations, the award of attorney's fees for seeking declaratory relief, the alleged failure to allow credits for settlement by other parties, and the award of costs of suit. The Appellant's principal brief was filed with the clerk of this Court

on November 16, 2015.  Therefore, the current deadline for the filing of the Appellee's brief is December 16, 2015.

II.

The undersigned did not participate in the proceedings below, so the undersigned was not acquainted with the issues, or the record on appeal, until this time.  Appellee's trial counsel first consulted with the undersigned, and provided a copy of the Appellant's brief on December 7, 2015.  Apparently, Appellee's trial counsel had previously arranged for other appellate counsel, who recently declined to handle this appeal.  At the time of the filing of this motion, the undersigned has obtained certain of the papers pertinent to the appeal, including the Appellant's brief, but has not yet engaged in a careful review of those materials, and has not yet obtained a copy of the record on appeal (including the record of a one-week jury trial), or performed the legal research required of the issues raised on appeal.

III.

For these reasons, it appears that the undersigned will not be able to thoroughly and completely review the record and research the issues raised on appeal, and then prepare and file the Appellees' brief by the current deadline.  Due to the relative length of the record on appeal, the complexity of the issues raised, the undersigned's other professional commitments, and the anticipated diversions associated with the

Christmas holiday, the undersigned anticipates that he will be in a position to file the Appellant's brief within 45 days after the original due date.

IV.

No previous requests for extension of time to file the Appellee's brief have been made.

V.

Certificate of Conference

Counsel for the parties have conferred regarding the substance of this motion, and counsel for the Appellant is not opposed to it.

For the reasons stated, Paul T. Young, Appellee, prays that the Court grant an extension of time to file the brief for the Appellee, through and including Monday, February 1, 2016.

Respectfully submitted,

/s/Thomas W McQuage
Thomas W. McQuage
Post Office Box 16894
Galveston, Texas 77552-6894
(409) 762-1104
(409) 762-4005 (FAX)
State Bar No. 13849400
mcquage@swbell.net
ATTORNEY FOR APPELLEE

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was delivered to counsel for the Appellant on the 8th day of December, 2015, by serving Christopher R. Mugica,through the  Efile.TXCourts electronic service.

/s/Thomas W McQuage